FILED BY YR D.C.
Aug 7, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**ORIGINAL**

19-3258-MJ-OTAZO-REYES

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DIST. COURT
SAVANNAH DIV
Aug 11  2 50 PM '00
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT |
| ) | CR400-206 |
| v. ) | |
| ) | VIO: 18 U.S.C. §228(a)(3) |
| CHARLES RUSSELL HEFNER ) | FAILURE TO PAY LEGAL |
| ) | CHILD SUPPORT OBLIGATIONS |

### COUNT ONE

THE GRAND JURY CHARGES THAT:

From on or about the 24th of June 1998, and continuing to the date of this indictment, in Chatham County, in the Southern District of Georgia, the defendant,

**CHARLES RUSSELL HEFNER,**

who does not reside in Georgia, willfully did fail to pay a support obligation with respect to children who reside in Georgia, and which obligation has remained unpaid longer than two years and is greater than $10,000.

In violation of Title 18, United States Code, Section 228(a)(3).

A True Bill.

HARRY D. DIXON, JR.
UNITED STATES ATTORNEY
GEORGIA BAR NO: 223375

Joseph D. Newman
Assistant United States Attorney
Georgia Bar No. 541150

Lamar C. Walter
Assistant United States Attorney
Georgia Bar No: 735400

**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2000 AUG 11 P 4: 35

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR **CR400-206** |
| v. | ) |
| | ) VIO: 18 U.S.C. § 228(a)(3) |
| CHARLES RUSSELL HEFNER | ) FAILURE TO PAY LEGAL |
| | ) CHILD SUPPORT OBLIGATIONS |

### PENALTY INFORMATION

COUNT 1  NOT MORE THAN TWO YEARS IMPRISONMENT, OR A FINE OF NOT MORE THAN $250,000, OR BOTH; NOT MORE THAN ONE YEAR SUPERVISED RELEASE; AND A SPECIAL ASSESSMENT OF $100.

*[signature]*
Lamar C. Walter
Assistant United States Attorney
Georgia Bar No: 735400
P.O. Box 8999
Savannah, Ga. 31410
912/652-4422

AO 4 2 (Rev. 5/93) Warrant for Arrest

ORIGINAL

# United States District Court

498706

## Southern District of Georgia

0031-0816-1943-J

UNITED STATES OF AMERICA

v.

Charles Russell Hefner

**WARRANT FOR ARREST**

CASE NUMBER: Cr400-206

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __Charles Russell Hefner__
                                         Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Failure to Pay Legal Child Support Obligations

in violation of Title __18__ United States Code, Section(s) __228__

Hon. G. R. Smith
Name of Issuing Officer

Tay U B Norris
Signature of Issuing Officer
Dep. Clerk U.S.D.C.

U. S. Magistrate Judge
Title of Issuing Officer

August 14, 2000; Savannah, Ga.
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above named defendant at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AS Rev 4/21/97